affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD CORCORAN, Respondent, v. MAXIMILIAN BLOOM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of CHARLES SCHNEIDER, Deceased, etc.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IRENE MOUN, Appellant, v. MICHAEL MOUN, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and McAvoy, J., dissent.

ANNA LANDFRIED, Respondent, v. JOSEPH KALVACHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORANCE B. ROEHM, Respondent, v. CHARLES ROEHM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LA BOYTEAUX & COMPANY, Respondent, v. OMER FEIZI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RACHEL I. BURT, Respondent, v. HARRIETT W. PETERS and Others, Defendants, Impleaded with L. M. BERKELEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN FRIED, Assignee of the LANG HORTON TANNING Co., INC., Appellant, v. TIOGA TANNING COMPANY, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELENE B. BAUM, Appellant, v. T. J. McLAUGHLIN & SONS, Respondent.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE M. ORMOND, Respondent, v. MARTIN A. TOWLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

M. JAMES ORMOND, Respondent, v. MARTIN A. TOWLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM BIRNS, Appellant, v. VARIETY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., Respondent, v. COMPANIA METROPOLITANA DE OLEODUCTOS, S. A., Appellant, Impleaded with COMPANIA PETROLERA CAPUCHINAS, S. A., Defendant (Appearing Specially).*— Appeal dismissed, without costs, with leave to renew the motion if service of summons on defendant Compania Metropolitana de Oleoductos, S. A., be finally sustained. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., Respondent, v. COMPANIA METROPOLITANA DE OLEODUCTOS, S. A., Defendant, Impleaded with COMPANIA

See *ante*, p. ——.— [REP.

# 764    Cases Reported with Brief Syllabi.

Petrolera Capuchinas, S. A., Appellant (Appearing Specially).*— Appeal dismissed, without costs, with leave to renew the motion if service of summons on defendant Compania Petrolera Capuchinas, S. A., be finally sustained. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Giacomo Siccardi, Respondent, v. Lincoln Heights Realty Co., Inc., and Others, Defendants, Impleaded with Alexander Capasso, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

## Second Department, March, 1928.

The People of the State of New York ex rel. Joleto Construction Corporation and Another, Respondents, v. William E. Walsh and Others, Constituting the Board of Standards and Appeals, Defendants, Impleaded with Blanche B. King and Others, Appellants. ●

*Municipal corporations — New York city — Building Zone Resolution — amended area district map designation rules construed and applied — map legend " line of railroad property" and pointing arrows will not change location of property from " C " area district to " E " area district regardless of area district boundary lines on amended area district map — review and reversal of determination of board of standards and appeals — established area district for property situate on westerly side of East Eighteenth street, between lines 260 feet and 360 feet north of Avenue I, in borough of Brooklyn, is in " C " area district.*

Appeal by the defendants, Blanche B. King and others, from an order of the Supreme Court, entered in the Kings county clerk's office on August 13, 1927, reversing a determination of the board of standards and appeals of the city of New York.

Order sustaining order of certiorari and reversing the determination of the board of standards and appeals affirmed, with fifty dollars costs and disbursements, on opinion of Mr. Justice Cropsey at Special Term. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

The following is the opinion delivered at Special Term:

Cropsey, J. Is the property in question in the " C " area district or the " E " area district under the Zoning Resolution?† That is the sole question here. Likewise, it was the sole question before the board of standards and appeals, whose determination is being reviewed. This is to be determined primarily from the map forming a part of the Zoning Resolution, aided by the rules formulated for its interpretation and construction, and such other matters, if any, as appear in the record. But for a legend upon the map, I take it there would be no controversy and that all parties, as much as they might dislike to do so, would have to concede that from the markings on the map the property was in the " C " area. This is plain, or would be, but for the legend which will be mentioned shortly. The area boundaries according to the map designation rules are indicated

* See *ante*, p. ——.— [Rep.
† See Building Zone Resolution of City of New York.— [Rep.